FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEAST DIVISION

99 MAY 26 AM 9: 43

U.S. DISTRICT COURT
N.D. OF ALABAMA

TONY D. JONES,                         )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )      CIVIL ACTION NO. 98-RRA-1654-NE
                                       )
                                       )
OMNI INDEMNITY COMPANY and             )
GENERAL MOTORS ACCEPTANCE              )      ENTERED
CORPORATION,                           )
                                       )      MAY 27 1999
          Defendants.                  )

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment on the plaintiff's complaint is due to be granted and the plaintiff's complaint dismissed with prejudice. Further, General Motors Acceptance Corporation's motion for summary judgment on its counterclaim is due to be granted and a deficiency judgment entered in its favor. According to GMAC's affidavit, the debt and the interest thereon, figured at $2.93 per diem, was $8400.43 as of March 8, 1999.[1] As of May 25, 1999, debt and

---

[1]It is noted that the actual figure in the affidavit was $9249.52 This figure, however, erroneously included an attorney's fee. Deducting the requested attorney's fee of $849.09 leaves $8400.43.

13

interest total $8628.97.  Also, the contract between GMAC and the plaintiff provides

for an attorney's fee of $849.09, which the court finds to be a  fair and reasonable fee.

The total judgment to be entered in favor of GMAC is  $9478.06.  An appropriate order

will be entered.

DONE, this __26th__ day of __May__, 1999.


_____

WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

2